**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

LOUIS DAVILA,

              Defendant.

------------------------------------- x

ORDER

15 Crim. 487-23 (GBD)

GEORGE B. DANIELS, United States District Judge:

Pursuant to 28 U.S.C. § 1915(a)(3), this Court certifies that Defendant's appeal from the Memorandum Decision & Order denying Defendant's motion for compassionate release, (ECF No. 622), is not taken in good faith, and therefore *in forma pauperis* status is DENIED. *See Coppedge v. U.S*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to terminate the motion at ECF No. 624.

Dated: May 4, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge